**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARLENE BARKER AND CHRISTOPHER BARKER,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.<br><br>Defendant. | Case No.  2:25-cv-01803-DJC-AC<br><br>Hon. Judge Daniel J. Calabretta<br>Hon. Magistrate Judge Allison Claire<br><br>**ORDER GRANTING FIRST JOINT STIPULATION TO CONTINUE SCHEDULING ORDER DEADLINES AND DATES (ECF 11)**<br><br>Case Removed: June 27, 2025 |

## <u>Order</u>

The Court, having considered the First Joint Stipulation to Continue Scheduling Order Deadlines and Dates ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates and deadlines are hereby vacated:

    a. Close of fact discovery: May 22, 2026;

    b. Initial Expert Reports: June 12, 2026;

ORDER GRANTING FIRST JOINT STIPULATION TO CONTINUE DATES AND DEADLINES

   c.  Rebuttal Expert Reports: June 26, 2026;

   d.  Close of Expert Discovery: July 17, 2026;

   e.  Deadline to file Dispositive Motions: September 25, 2026;

   f.  Hearing on Motions: November 19, 2026 at 1:30 p.m.

   g.  Final Pretrial Conference: February 25, 2027 at 1:30 p.m.; and

   h.  Jury Trial April 26, 2027 at 8:30 a.m.

2.  The continued dates and deadlines are as follows:

   a.  Close of fact discovery: August 21, 2026;

   b.  Initial Expert Reports: September 11, 2026;

   c.  Rebuttal Expert Reports: September 25, 2026;

   d.  Close of Expert Discovery: October 16, 2026;

   e.  Deadline to file Dispositive Motions: December 23, 2026;

   f.  Hearing on Motions: February 18, 2027 at 1:30 p.m.

   g.  Final Pretrial Conference: May 20, 2027 at 1:30 p.m.; and

   h.  Jury Trial July 26, 2027 at 8:30 a.m

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 15, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING FIRST JOINT STIPULATION TO CONTINUE DATES AND DEADLINES